UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFFORD J. SCHUETT, | ) | NO. CV 19-6032-VBF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| C. SWAIN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 12, 2020.

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE